In the Matter of the Complaint of JOHN J. McSHANE, Appellant, *v.* JOHN H. MURPHY, as Mayor of the City of Cohoes, Respondent.

*Matter of McShane* v. *Murphy*, 86 App. Div. 566, affirmed.
(Argued November 11, 1903; decided December 15, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

September 26, 1903, which affirmed an order of Special Term denying a motion for an order requiring defendant to appoint Democratic election officials for the city of Cohoes from a list filed with him by complainant, as chairman of the Democratic general committee of that city.

*Walter H. Wertime* and *Mark Cohn* for appellant.

*Peter A. Delaney* and *Henry A. Strong* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.